FILED

11/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0287

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0287

_____

PLANNED PARENTHOOD OF MONTANA;
ALL FAMILIES HEALTHCARE;
BLUE MOUNTAIN CLINIC; SAMUEL
DICKMAN, M.D., and HELEN WEEMS,
APRN-FNP, on behalf of themselves and their
patients,

       Plaintiffs and Appellees,

  v.

STATE OF MONTANA; MONTANA
DEPARTMENT OF PUBLIC HEALTH
AND HUMAN SERVICES; and CHARLIE
BRERETON, in his official capacity
as Director of the Department of Public Health and
Human Services,

       Defendants and Appellants.

_____

O R D E R

Upon consideration of Appellees' unopposed motion for an extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellees are granted an extension of time up to and including January 29, 2024, in which to prepare, file, and serve their answer brief in the captioned matter.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
November 3 2023